An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

KENWON MONTGOMERY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62710

**FILED**

MAY 1 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



### ORDER DISMISSING APPEAL

This is a proper person appeal from an order of the district court denying a motion for specific performance and a motion to appoint counsel. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for specific performance or a motion to appoint counsel, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-13825

cc: Hon. Jennifer P. Togliatti, District Judge
Kenwon Montgomery
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk